IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CINDY DAVIS, Individually
and on Behalf of All Others
Similarly Situated                                                PLAINTIFFS

v.                    No. 3:18-cv-36-DPM

SKC ENTERPRISES INC,
d/b/a RENT ONE                                                    DEFENDANT

## ORDER

Davis's motion for conditional certification, № 14, is denied without prejudice as premature. Please cooperate in some targeted discovery during the next ninety days to see if any more evidence of a forty-five hour cap exists and, if so, whether it was company-wide, regional, or store-driven.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 November 2018