IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CINDY DAVIS, Individually
and on Behalf of All Others
Similarly Situated                                              PLAINTIFF

v.                        No. 3:18-cv-36-DPM

SKC ENTERPRISES INC,
d/b/a RENT ONE                                                  DEFENDANT

## ORDER

Joint motion, № 25, noted. While the parties may agree on what they can say about the settlement, it must be filed on the public docket. *Delock v. Securitas Security Services USA Inc.*, No. 4:11-cv-520-DPM, № 70 at 3-4. If that's a deal breaker, then the parties should notify the Court. Proposed agreement or notice due by 12 February 2019.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

5 February 2019