# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CINDY DAVIS, Individually
and on Behalf of All Others
Similarly Situated                                                        PLAINTIFF

v.                           No. 3:18-cv-36-DPM

SKC ENTERPRISES INC,
d/b/a RENT ONE                                                            DEFENDANT

## ORDER

The Court approves the parties' proposed settlement agreement. № 27. The joint motion, № 25, is granted. The deal is fair, overall. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). The settlement shows a good faith compromise. And the attorney's fees are reasonable. The complaint will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 February 2019