IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CINDY DAVIS, Individually
and on Behalf of All Others
Similarly Situated                                              PLAINTIFF

v.                      No. 3:18-cv-36-DPM

SKC ENTERPRISES INC,
d/b/a RENT ONE                                                  DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 February 2019